[S. F. No. 918.   In Bank.—September 23, 1899.]

ELLEN SHEEHAN, Respondent, v. MARGARET SULLI-
VAN, Appellant.   ROBERT SULLIVAN et al., Respond-
ents.

TRUST—CONVEYANCE FROM HUSBAND TO WIFE—ACTION BY HEIR—SUFFI-
CIENCY OF FINDINGS AND EVIDENCE—CASE AFFIRMED.—The case of
*Sheehan v. Sullivan, ante,* p. 189, affirmed.

APPEAL from a judgment of the Superior Court of Santa
Clara County and from an order denying a new trial.   John
Reynolds, Judge rendering judgment; John Reynolds and W.
G. Lorigan, Judges denying a new trial.

The facts are stated in the case of *Sheehan v. Sullivan, ante,*
p. 189.

Jackson Hatch, for Appellant, and for Robert Sullivan et al.,
Respondents.

H. V. Morehouse, F. J. Hambly, and Welch & Wilcox, for
Plaintiff, Respondent.

THE COURT.—This is the appeal of defendant Margaret
Sullivan on a transcript identical with the transcript in S. F.
No. 917.   She appealed separately from the other defendants.
Precisely the same questions arise in both appeals.   Upon the
authority of the decision in S. F. No. 917, this day filed, the
judgment and order are reversed.